**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ZAKIA BROWN,

        Plaintiff,

v.                                          Case No:  6:19-cv-1531-Orl-40GJK

SEDGWICK CLAIMS MANAGEMENT
SERVICES INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Settlement Approval and to Dismiss the Case With Prejudice (Doc. 41), filed on March 27, 2020. The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and the case be dismissed with prejudice. (Doc. 42).

After an independent *de novo* review of the record in this matter and noting that the parties filed a Joint Notice of No Objections (Doc. 43), the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 30, 2020 (Doc. 42), is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. The Joint Motion (Doc. 41) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The following language is **STRICKEN** from paragraph 12 of the Agreement: "This Agreement may not be amended, modified, altered, or

changed, except by a written agreement which is both signed by all parties and which makes specific reference to this Agreement.";

    b. The Motion is otherwise **GRANTED**.

3. Plaintiff's claim is **DISMISSED WITH PREJUDICE**;

4. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on April 2, 2020.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
    Unrepresented Parties